IN THE COURT OF APPEALS, THIRD DISTRICT OF TEXAS,



AT AUSTIN



 




NO. 3-92-576-CR




JOHN MATYASTIK,



 APPELLANT


vs.





THE STATE OF TEXAS,



 APPELLEE


 



FROM THE COUNTY COURT OF MILAM COUNTY



NO. 19,243, HONORABLE ROGER HASHEM, JUDGE PRESIDING


 




PER CURIAM

 On appeal by trial de novo from justice court, appellant was convicted of driving
without a seat belt. Tex. Rev. Civ. Stat. Ann. art. 6701d, § 107C (West Supp. 1993). The
punishment is a $50 fine.

 This Court has jurisdiction in this cause only if the sole issue is the constitutionality
of section 107C. Tex. Code Crim. Proc. Ann. art. 4.03 (West Supp. 1993). Appellant's two
points of error do not challenge the constitutionality of the statute, but instead assert that the
complaint failed to state an offense. Under the circumstances, this Court is without jurisdiction.

 The appeal is dismissed. 


Before Justices Powers, Jones and Kidd


Appeal Dismissed


Filed: October 6, 1993


Do Not Publish